No. 9663. BERNICE GRANMO, PLAINTIFF AND RESPONDENT, *v.* LYLE SHOOK, ROY SHOOK, INTERMOUNTAIN LUMBER COMPANY, a Montana corporation, and LEE SHOOK, DEFENDANTS AND APPELLANTS.

301 Pac. (2d) 740.

Decided Oct. 2, 1956.

*Smith, Boone & Rimel,* Missoula, for appellants.

*Shallenberger & Paddock, Jewell & Root,* Missoula, for respondent.

Per Curiam.

Counsel for the respective parties having stipulated in writing that the judgment against the Intermountain Lumber Company, defendant in the district court and appellant here, has been compromised and settled, it is ordered that the appeal in the above numbered and entitled cause be and it is ordered dismissed forthwith.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS, and BOTTOMLY, concur.

No. 9757. STATE OF MONTANA, on the relation of JULIUS VANINA and ALDO VANINA, RELATORS AND PLAINTIFFS, *v.* DISTRICT COURT of the FIFTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF JEFFERSON, and THE HONORABLE PHILIP C. DUNCAN, Judge thereof, RESPONDENTS.

302 Pac. (2d) 288.

Decided Oct. 18, 1956.

*P. E. Geagan* and *William N. Geagan,* Butte for relators.

Per Curiam.

Relators' application and petition for the issuance of a writ of mandamus herein is denied.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN and DAVIS, concur.